# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:20-cv-00016-RJC-DSC

| | |
|---|---|
| MY'KA EL, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) **ORDER**<br>) |
| MECKLENBURG COUNTY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on review of this docket in this matter.

Plaintiff My'Ka El ("Plaintiff") filed a *pro se* civil action on January 9, 2020 pursuant to 42 U.S.C. § 1983 and the "Freedman Bureau Bill 1865." [Doc. 1]. After granting Plaintiff in forma pauperis status, the Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from March 6, 2020 to amend his Complaint in accordance with the terms of the Court's Order. [Doc. 3]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.].

More than 30 days have passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice.

# **ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint is dismissed [Doc. 1] without prejudice.

The Clerk is instructed to terminate this action.

Signed: March 26, 2021

Robert J. Conrad, Jr.
United States District Judge